City of Chicago, appellee, v. Sol Bernstein, appellant. Gen. No. 38,896.

Opinion filed November 2, 1936.

Hart E. Baker, for appellant; Irving Krane and Ira Silbar, of counsel. Barnet Hodes, Corporation Counsel, for appellee; Mark J. McNamara and J. Herzl Segal, Assistant Corporation Counsel, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

In re Estate of Daniel Gawne, deceased.

Appeal of Clara V. Gawne, executrix under the last will and testament of Daniel Gawne, deceased, appellant, v. In re Claim of William L. O'Connell, appellee. Gen. No. 38,938.

Opinion filed November 2, 1936.

Charles J. Trainor, for appellant. Altheimer, Mayer, Woods & Smith, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Cora Moen, appellee, v. Ruth's Beauty Shoppes, Inc., appellant. Gen. No. 38,961.

Opinion filed November 2, 1936. Rehearing denied November 16, 1936.

Samuel R. Rabinoff, for appellant; Elwyn E. Long, of counsel. Charles A. Bellows, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Harold R. Schradzki, appellant, v. Patrick Warren and Patrick Warren Construction Company, appellees. Gen. No. 39,055.

Opinion filed November 2, 1936. Rehearing denied November 16, 1936.

Willard R. Matheny, for appellant; Harold R. Schradzki, pro se, of counsel. Watkins & Ten Hoor, for appellees.

Mr. Justice McSurely delivered the opinion of the court.